```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT DANVILLE, VA
                                                              FILED
                                                           DEC 21 2012
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF VIRGINIA      JULIA C. DUDLEY, CLERK
                    ROANOKE DIVISION               BY: /s/
                                                       DEPUTY CLERK
```

| | | |
|---|---|---|
| ROGER ALONGZO HOPKINS, ) | Civil Action No. 7:12-cv-00536 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| BRRJA MEDICAL SERVICES, et al., ) | By: Hon. Jackson L. Kiser | |
| Defendants. ) | Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 21st day of December, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge