
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC 21 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROGER ALONGZO HOPKINS,<br>Plaintiff, | Civil Action No. 7:12-cv-00536 |
| v. | ORDER |
| BRRJA MEDICAL SERVICES, <u>et al.</u>,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 21st day of December, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge